**Derek G. Williams, Esq.**
WASATCH LEGAL SERVICES
1776 E 1600 N
MAPLETON, UT 84664
Phone: 801-860-9727
Email: dwilliams@wasatchlegalservices.com
*Attorney for Debtor(s)*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF IDAHO - BOISE DIVISION

| In re: | Bankruptcy No: 23-00267 |
|---|---|
| LORRAINE BENNETT | Chapter: 7 |
| Debtor(s), | Judge: Honorable Undetermined |

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, Debtor has agreed to pay. . . . . . . . . . . . . . . . . . . . . . . . . . . . . $  2,200.00
   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . $  400.00
   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $  1,800.00

2. The source of the compensation paid to me was:

   ■ Debtor        □ Other (specify)        □ Not Applicable

3. The source of compensation to be paid to me is:

   ■ Debtor        □ Other (specify)

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   □ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   - Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

- Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
- Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
- Prepare and deliver documents to the assigned trustee;
- Communicate with creditors to manage collection activity;
- Additional services afforded under this specific compensation structure include: review and advise on motions for relief from the stay, reaffirmation or redemption of obligations, turnover obligations to the trustee; attendance at 2004 examinations; audits of the US Trustee; objections to claims where appropriate; lien avoidance matters; amendments to schedules and statements; necessary motions to reinstate case if dismissed or object to motions to dismiss; and enrollment into an approximate 4 year credit reporting and education program post-discharge without additional cost.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

- Representation of the debtor in adversary proceedings, dischargeability actions and other contested bankruptcy matters.

7. Debtor and counsel have entered into two, separate fee agreements:

- The first agreement was signed prior to the filing of the petition for the preparation and filing of the bankruptcy petition, statement about social security number, creditor list and other documents required at the time of filing; and review, analysis and advisement of the typical matters that are required to be performed prior to filing by a bankruptcy attorney under the applicable bankruptcy and ethical rules. Counsel's fees under the first agreement were $400.00.
- The second agreement was signed after the petition was filed for post-petition work to be performed, including the preparation of schedules of assets and liabilities, and statement of financial affairs; preparation and filing of other required documents; representation at the first meeting of creditors; and other services outlined in the fee agreement. Counsel's fees under the second agreement are $1,800.00. The second agreement allows the Debtor(s) to pay these post-petition fees and costs in installments for up to 12 months following the bankruptcy filing.

8. Counsel is taking payments directly from the Debtor post-petition.

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

DATED: June 01, 2023

By: \s\Derek G. Williams
  Derek G. Williams

WASATCH LEGAL SERVICES
  1776 E 1600 N
  MAPLETON, UT 84664
  801-860-9727
  dwilliams@wasatchlegalservices.com

Tuesday, May 30, 2023



**Williams - AFTER Low Down Fee Agreement - Invoygo - 10/2200/400**

## Wasatch Legal Services

**Full Name (If filing jointly, see instructions below.)**   Lorraine Kathryn Bennett

*FILING JOINTLY WITH ANOTHER PERSON?*
If you are filing jointly with another person, you must EACH complete this fee agreement individually.  After submitting the form below, the person with whom you are filing must complete the agreement.  If you are filing jointly, you will pay only ONE fee which will pay for bankruptcy representation for both you and your spouse.

**Email Address**   ladywolf55@protonmail.com

**Cellular Telephone Number**   2082303476

You have options to not sign this agreement.  Read below for that detail.  By signing this agreement you are choosing to retain this office to represent you in your continuing Chapter 7 Case that has already been filed.  You have the option to not make this choice.  Please carefully read below to understand these options.

**You have already paid $400.00 for the work done before your case was filed.  You are paying a total of $1,800.00 in 10 monthly payments for the work to be performed after your case was filed.  Below, you must choose the date of your first payment.  Your next payment MUST be within 30 days of the date that we filed your case.**   Monday, June 19, 2023

**BANKRUPTCY REPRESENTATION FEE AGREEMENT REQUIRED DISCLOSURES**
By signing this agreement, you are hiring Derek G. Williams (the "Law Firm") to continue to represent you in your chapter 7 bankruptcy. This agreement describes the legal services we will provide to you, and the financial and other terms of this relationship. Please read this agreement carefully and let us know if you have any questions about it before signing. Once you sign this agreement, it will be binding on you and the Law Firm and can only be changed or replaced with another signed, written agreement between us.
**1. The Work Involved in a Chapter 7 Case**
Below, we will give you two options to pay our fees and the costs of your chapter 7 bankruptcy. Before you make that choice, we want you to understand the work that's involved in a chapter 7 case. That work is divided into three lists:
Pre-Filing Services
• Meeting and consulting with you as needed prior to filing your case;
• Analyzing the information from your intake questionnaire and other documents;
• Providing due diligence, legal analysis and legal advice in order to help you make important legal choices and to comply with the bankruptcy code and rules; and
• Preparing and filing your Chapter 7 Voluntary Petition, Statement about Social Security Numbers, Pre-Filing Credit Counseling Certificate and List of Creditors to start your Chapter 7 case.
Post-Filing Services
• Preparing and filing your Statement of Financial Affairs and Schedules;
• Preparing and filing your Means Test calculations and disclosures;
• Preparing for and attending your Section 341 Meeting of Creditors;
• Administrating and monitoring your case and communicating with you throughout the process;
• Forwarding the Trustee Questionnaire and debtor documents to the Trustee;
• Noticing your employer to stop any garnishments;

1

- Reviewing and responding to Trustee requests;
- Reviewing and advising you regarding any motions for stay relief;
- Reviewing and advising you regarding any reaffirmation agreements or redemptions;
- Reviewing and advising you regarding any creditor violations; and
- Any legal service required by the local rules.

Supplemental Post-Filing Services
- Reviewing and advising regarding any turnover demands from the Trustee
- Attending any continued Section 341 Meeting of Creditors;
- Reviewing and advising regarding any 2004 exams and attending related exam;
- Reviewing and advising you regarding any audit by the US Trustee;
- Preparing and filing claims or objections to claims when appropriate;
- Reviewing and advising you regarding any lien avoidance matters;
- Drafting and/or negotiating a reaffirmation agreement and attending any related hearing;
- Preparing and filing any amendments to your statements and schedules; and
- Preparing and filing a motion to reinstate the case.

**Excluded Services**
Unless provided otherwise in writing below, the following services are excluded from the work that the Law Firm is agreeing to provide you:
- Representing you in any adversary proceedings, dischargeability actions and other contested bankruptcy matters.
- Representing you in any municipal, county, state or other local jurisdiction court matters.
- Representing you in any tax matters (we recommend you consult with a tax specialist about any tax matters including whether you should delay filing bankruptcy in order to discharge any tax obligations).
- Representing you in any efforts to discharge student loans.
- Pursuing creditors for violations of the automatic stay, discharge injunction or Fair Credit Reporting Act.

**2. Payment of Costs to Complete your Chapter 7 Case**

**A. Filing Fee**
The Court requires you to pay a $338 filing fee which you must pay before we file your case. If you are unable to pay the filing fee before your case is filed, you may be able to make payments to the Court. If you need this option, discuss this with the Law Firm.

**B. Attorney Fee**
The Law Firm offers two options for you to pay our attorney fees for your chapter 7 bankruptcy. By completing this agreement, you have chosen the option to "File Now Pay Later." These are the terms of those payments:
1. Total attorney fee: $2,200.00. $400.00 of the fee was paid before your case was filed.
2. Ten (10) Subsequent Monthly installments of $180.00. You may opt to make these payments weekly, bi-weekly, semi-monthly or monthly.

**THERE ARE IMPORTANT DISCLOSURES CONCERNING THIS AGREEMENT THAT ARE FOUND BELOW AND THAT YOU SHOULD READ VERY CAREFULLY BEFORE SIGNING THIS AGREEMENT**

**File Now Pay Later**
This File Now Pay Later option is more expensive to you, but will include more legal services and allow you to pay some or all of our attorney fee in installments after we file your case. Under the File Now Pay Later option, we will split our work for you into two separate agreements in order to offer you the ability to pay after your case is filed. You may review the second agreement before you sign this agreement.

Under this Pre-Filing Agreement, we will only provide the Pre-Filing Services listed above. Our fee for the Pre-Filing Services will be $400.00 The Pre-Filing Services are not all of the tasks that must be completed to successfully complete your chapter 7 case.

After your case is filed, you will have three choices:
- You can represent yourself in your bankruptcy case (called "proceeding pro se");
- You can hire another attorney to represent you in your bankruptcy case; or,
- Within ten (10) days after your case is filed, you can enter into a Post-Filing Agreement with us.

If you choose to represent yourself or to hire another attorney to represent you (either of which are completely up to you) you will not owe us anything additional. We will ask the bankruptcy court to allow us to withdraw as your lawyer in accordance with the bankruptcy rules, but we will continue to represent you in the case and perform all necessary services until and unless the bankruptcy court allows us to withdraw.

If you choose to enter into a Post-Filing Agreement with us, we will provide you with the Post-Filing Services AND the Supplemental Post-Filing Services listed above, and our fee for these services will be $1,800.00. You will be able to pay this fee over a period of 10 monthly payments, the first of which will be before we file your case. This fee DOES NOT include the $338 filing fee (which SHALL be paid in advance at the time of filing your case) and we will not charge you additional fees for the Supplemental Post-Filing Services if they are needed in your case.

**You will pay 10 equal monthly payments of $180.00 beginning within 30 days after your case is filed. When you sign the AFTER Filing fee agreement you will choose the beginning date of those payments.**

**THESE ARE IMPORTANT DISCLOSURES CONCERNING THE FILE NOW PAY LATER OPTION. PLEASE READ THESE VERY CAREFULLY.**

**3. Information about the Law Firm Collecting Payments After Your Case Is Filed**

2

Because you chose the File Now Pay Later option and if you sign this Post-Filing Agreement, the Law Firm will automatically collect your payments after your case is filed on a monthly basis. The Post-Filing Agreement that you will sign authorizes the Law Firm to collect payments from you electronically through a debit card or ACH transaction. Please read and consider the following information about this function, your understanding of which is acknowledged by you signing this agreement:

A. Higher Attorney Fee. As also described above, the File Now Pay Later option requires you to pay a higher attorney fee. There are a number of reasons for this:

   a. The Law Firm performs additional work to split your engagement;
   b. The Law Firm takes on risk by allowing you to pay your attorney fee over time instead of collecting the entire fee up front;
   c. The File Now Pay Later option provides you with the benefit of a quicker filing than you might obtain if you had to come up with the money to pay in advance;
   d. With the File Now Pay Later option, if you require the Supplemental Post-Filing Services the Law Firm will not charge you additional fees; and

B. Collection Actions. If you do not make your payments when they are due, the Law Firm could pursue collection activities against you, which could include turning over your account to a collection agency or suing you to collect what is owed, plus additional attorney fees and collection costs.

C. Ability to Make Payments. The statements and schedules that are filed with the court on your behalf may show that your expenses exceed your income. You nonetheless believe that the File Now Pay Later option is the best choice for you and you believe that you can make the required payments to the Law Firm.

**4. Important Information about Conflicts of Interest**

A conflict of interest is a situation where the Law Firm's interest and your interest are, or could be, in conflict. There are a number of actual or potential conflicts of interest that we need to disclose to you.

A. Pursuant to the Rules of Professional Conduct, the Law Firm cannot act as your counsel to help you decide whether to enter into this agreement. Nonetheless, we can explain this agreement to you and by signing this agreement you agree that we fully explained the terms of this agreement to you and answered any questions you had regarding the matters described in this agreement.

B. There is an inherent conflict whenever attorneys represent debtors in bankruptcy for a fee. We are working to alleviate your financial issues, while at the same time charging a fee for our services. By signing this agreement, you acknowledge that you understand this explanation and give your informed consent to waive this conflict.

C. The Law Firm is filing your case hoping that you will sign a Post-Filing Agreement, and this may create a conflict of interest between you and the Law Firm since executing the Post-Filing Agreement will obligate you to make post-filing payments that will not be discharged in your bankruptcy. By signing this agreement, you acknowledge that you understand this explanation and give your informed consent to waive this conflict.

D. If you choose the File Now Pay Later option but choose not to sign a Post-Filing Agreement, the Law Firm may file a motion to withdraw from your case, which may create a conflict of interest if you do not want the Law Firm to withdraw. By signing this agreement, you acknowledge that you understand this explanation and give your informed consent to waive this potential conflict.

E. If, in our opinion, a non-waivable conflict arises during our representation of you, we will be required to withdraw from your case and you will need to either proceed pro se or retain another attorney and incur additional legal fees. One example of a non-waivable conflict would be if the Law Firm started collection actions against you for the attorney fee that you owe under the Post-Filing Agreement. If that happens, the Law Firm ethically would no longer be able to represent you. By signing this agreement, you acknowledge that you understand this explanation and give your informed consent to waive this potential conflict.

**5. Your Obligations to the Law Firm, the Bankruptcy Court, and the Trustee**

Filing a chapter 7 bankruptcy obligates you to provide documents and information to the Law Firm, the Bankruptcy Court and the Trustee. You also must participate in meetings and hearings and complete certain requirements in order to finish the case and receive a discharge of your debts. More specifically:

A. Providing Information and Documents to the Law Firm. For the Law Firm to fully represent your interests, you must timely provide the Law Firm with complete and truthful information and required documents, including about all property in which you have an ownership interest, and all debts you owe (secured or unsecured) and any other information regarding your financial affairs. The Law Firm is not responsible for collecting such information from your files or directly from your creditors or the public record. Complete, accurate and reliable information from you is absolutely necessary (including complete and accurate addresses for your creditors). Not all creditors are listed in your credit reports and you are responsible for making sure all your creditors are listed in the petition with correct addresses. If you wish to add creditors after we file your case, you must notify us in writing no later than 45 days after your meeting of creditors described below. You agree not to submit original documents to the Law Firm and authorize the Law Firm to digitize any documents you submit and then destroy the paper form.

B. Credit Counseling and Financial Management Courses. Before your case is filed, you must complete a credit counseling course and provide the Law Firm with a certificate proving that the course has been completed, and failing to do, may result in your case being dismissed. After your case is filed, you must complete a second, required financial management course and provide the Law Firm with a certificate proving that this course also has been completed, and failing to do this will delay or prevent you from receiving your discharge and ultimately result in your case being dismissed.

C. Cooperating with the Chapter 7 Trustee. The Bankruptcy Court will appoint a chapter 7 trustee for your case. The trustee will have various rights and duties, including the duty to investigate your financial affairs (such as the value of your assets), and the right to sell non-exempt assets to pay your creditors. By signing below, you acknowledge that you understand you have a duty to cooperate with the chapter 7 trustee.

D. Your Creditor's Meeting and Other Examinations. Every person who files a chapter 7 case must attend a required hearing called the

3

"first meeting of creditors," or "341 meeting." You must appear on the scheduled date and time and at the required location with your social security card and photo ID. The trustee will place you under oath and ask you questions that you must answer truthfully. You may also be required to attend subsequent hearings before the Trustee or Judge.

**6. Additional Important Terms**
A. **Unbundling or Limited-Scope Representation**. By signing below, you acknowledge that the Law Firm has expressed that it is ready, willing and able to represent you for your entire chapter 7 case, even if you choose the File Now Pay Later option, which will require you to sign a Post-Filing Agreement. If you choose the File Now Pay Later option, you further represent that you are not doing this with the intention of having the Law Firm simply file your case and then withdraw, but instead to facilitate you making payments over time for your attorney fee so that you can have an attorney represent you through the entire chapter 7 process.
B. **Chapter 13**. After further analysis and review of your financial situation, the Law Firm may determine that you do not qualify for a Chapter 7 or that a Chapter 13 Bankruptcy will be more appropriate. By signing below, you acknowledge that you understand that a Chapter 13 case requires significantly more work than a chapter 7 case, and the Law Firm will charge you additional costs and fees not covered by this agreement, and that this will be addressed in a separate agreement.
C. **Required Disclosures**. By signing this agreement, you acknowledge and understand that: (1) your debts will not be discharged if a creditor or trustee proves that you lied about assets or concealed, destroyed, or transferred any property or records in violation of the Bankruptcy Code, (2) all bankruptcy papers, pleadings and petitions are signed under penalty of perjury and a false oath, concealment of assets or other allegation under the Bankruptcy Code by a creditor, trustee or the bankruptcy court may result in your discharge being denied, your case dismissed, imprisonment and other sanctions and monetary or non-monetary penalties being imposed on you, and (3) the Law Firm provided you a copy of the disclosures and notices contemplated by Section 527 of the Bankruptcy Code within three business days from when the Law Firm first offered to provide bankruptcy services.
D. **Credit Reports**. In order to ensure that all of your creditors are listed in your Bankruptcy schedules, the Law Firm must obtain a credit report covering all three major credit reporting bureaus. By signing this agreement, you authorize the Law Firm to obtain such credit reports.
E. **Credit Cards and Non-Dischargeable Debts**. From this point forward, you must not charge anything to any of your credit cards or incur additional debt without first consulting with the Law Firm. Incurring further debt by use of credit cards or other means will result in significant problems in your bankruptcy. Any debt incurred 90 days prior to the filing of the bankruptcy may not be dischargeable. Also, obligations you owe to a creditor or ex-spouse pursuant to a divorce decree, student loans, most tax debts, debts not listed in the Bankruptcy petition, debts for spousal or child support or alimony, debts for willful and malicious injuries to person or property, debts to governmental units for fines and penalties, benefit overpayments, debts for personal injury caused by your operation of a motor vehicle while intoxicated, debts owed to certain tax-advantaged retirement plans, and debts for certain HOA, condominium or cooperative housing fees are not dischargeable. The government can also offset future tax refunds and government benefits if you discharge overpayment of benefits, military credit cards, or certain governmental loans such as SBA and USDA loans.
F. **No Right to Dismissal of Your Case**. By signing below you acknowledge that you understand that once your chapter 7 has been filed, you may not be able to voluntarily dismiss your case.
G. **Arbitration of Fee Disputes**. If the applicable State Bar offers a fee arbitration program and a dispute arises between you and us regarding our fees, we both agree to resolve that dispute through the State Bar's fee arbitration program. Either party may initiate fee arbitration by contacting the State Bar.
H. **Electronic Data**. You authorize the Law Firm to communicate with you via facsimile, mobile telephone, text message and e-mail, including leaving voice mail messages with details about your case. No form of communication is completely secure, and these forms of communication have some risk of improper interception. The Law Firm retains many file documents in electronic format only and these may be stored on a separate third-party server. You agree to check your e-mail regularly for important communications relating to your case. You represent to the Law Firm that third parties (e.g., employers or family members) do not have access to your e-mail, voicemail and text messages, and that you can receive confidential correspondence from the Law Firm in this manner. The Law Firm may assume that you are receiving and reviewing your e-mails at that email address unless you alert the Law Firm to an issue or a new email address. You will check your junk and spam folders to make sure your e-mail filters do not block e-mails from the Law Firm and confirm that the allowable size of incoming e-mails is sufficient to accept e-mails from the Law Firm with attachments.
I. **File Retention**. You understand that the Law Firm will only retain your client file for 5 years. Following that time period, copies of your bankruptcy papers and discharge order may be obtained through the clerk of the bankruptcy court.
J. **Credit Card Payments**. You acknowledge that the Law Firm is not allowed to accept a credit card payment for attorney's fees from you BEFORE you file, if You intend to list such payment of fees on a credit card as a debt in a bankruptcy proceeding.
K. **Right of Rescission**.  A.   If you wish to cancel this agreement, you must notify us in writing of the cancellation within three (3) business days from the date you sign.  If you cancel, we will ask the bankruptcy court to allow us to withdraw as your lawyer in accordance with the bankruptcy rules, but we will continue to represent you in the case and perform all necessary services until and unless the bankruptcy court allows us to withdraw.
L. **Payments.**  You (i) authorize the Law Firm, to collect the payments described above and debit the listed debit card and/or bank account until the Contract Amount is paid in full, (2) authorize your depository institution to debit the same to your account, (3) authorize the Law Firm to communicate with you via mail, e-mail, text, and/or telephone, (4) agree that if a payment does not process for any reason, the payment may be re-attempted multiple times and on different dates until the payment clears, even if it means the end date of this payment contract will be extended, (5) agree that the Law Firm may accept and rely upon telephonic or electronic communications from you confirming modified payment terms, (6) agree that an additional $25.00 may be charged for each returned payment, which charge may be debited from your account separately from your regular recurring payment, and (7) certify that you are an authorized user of the debit card and/or bank account described below.

4

"We are a debt relief agency. We help people file for Bankruptcy relief under the Bankruptcy Code."

[1] A "debt relief agent" is defined as "any person who provides "bankruptcy assistance" to an "assisted person" in return for the payment of money or other valuable consideration, or who is a bankruptcy petition preparer.  11 U.S.C. 101(12A)

[2] "Bankruptcy assistance," is defined as including any services provided to an assisted person "with the express or implied purpose of providing information, advice, counsel, document preparation, or filing, or attendance at a creditor's meeting or appearing in a case or proceeding on behalf of another or providing legal representation with respect to a case or proceeding under this title." 11 U.S.C. 101(4), (A).

[3] 11 U.S.C. 526(a)(4)

[4] An "assisted person" is defined as any person whose debts consist primarily of consumer debts and the value of whose nonexempt property is less than $150,000.00. 11 U.S.C.101(3).

[5] 11 U.S.C. 527(b)

[6] 11 U.S.C. 528(a) and (b)

[7] Our Ch. 13 fee of approximately $4,000.00, requires a payment of approximately $1,500.00 with the balance paid through your proposed plan. This option may not be available for any "emergency" Ch. 13

| | |
|---|---|
| **I understand communication is important during my case.  I will carefully monitor my text messages and email inbox for messages sent by the Law Office and follow the instructions in those messages.** | I will actively monitor my text and email messages. |
| **Date of Signature** | Monday, May 29, 2023 |
| **By signing, I attest that I have read and understand this Bankruptcy Services Agreement and wish to employ the services of this firm to complete my Chapter 7 bankruptcy case.** | *[signature]* |
| **Print the name that appears on the signature line above.** | Lorraine Bennett |
| | *[signature]* |
| | Derek Williams |

5